IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

KIMBERLY NANCE,
Petitioner,

VS.                                         CIVIL ACTION NO. 1:25-cv-1083 STA/jay

ERIE INSURANCE COMPANY,
Respondent.

_____

**ORDER DENYING CLERK'S ENTRY OF DEFAULT**
_____

In conformity with Rule 55, Federal Rules of Civil Procedure, the Plaintiff's request for Clerk's Entry of Default against Defendant, is hereby, DENIED AS MOOT as an Answer from the Defendant was filed on July 3, 2025.

Entered this 3RD day of July, 2025.

                                                                         WENDY R. OLIVER
                                                                        CLERK

                                                                     BY: s/ Shurlyn Chernenko
                                                                            DEPUTY CLERK