38202-243067 (RER)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**KIMBERLY NANCE**,

    Plaintiff,

v.                                              No.  1:25-cv-01083-STA-jay

**ERIE INSURANCE COMPANY**,               JURY DEMANDED

    Defendant.

**NOTICE OF SERVICE OF
DEFENDANT'S FIRST SET OF INTERROGATORIES
AND REQUESTS FOR PRODUCTION TO PLAINTIFF**

Comes now Defendant, Erie Insurance Company, by and through counsel, and gives notice that Defendant has served upon Plaintiff the First Set of Interrogatories and Requests for Production to Plaintiff on the 1st day of December, 2025.

                                       Respectfully submitted,

                                       RAINEY, KIZER, REVIERE & BELL, PLC

                                       By:   *s/ Brandon W. Reedy*
                                              BRANDON W. REEDY (BPR #30314)
                                              209 East Main St.
                                              P.O. Box 1147
                                              Jackson, TN 38302-1147
                                              (731) 423-2414
                                              breedy@raineykizer.com

                                         *Attorney for Defendant Erie Insurance Company*

38202-243067 (RER)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served electronically via the Court's electronic case filing system and/or email to the below listed counsel of record:

> Tania Williams (*Admitted Pro Hac Vice*)
> INSURANCE LITIGATION GROUP, P.A.
> 1500 NE 162nd St.
> Miami, FL 33162
> (786) 529-0090
> twilliams@ilgpa.com
> service@ilgpa.com
>
> ***Attorney for Plaintiff***

This 1st day of December, 2025.

                                                         *s/ Brandon W. Reedy*