**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**KIMBERLY NANCE**,

     Plaintiff,

**v.**                                 **No.  1:25-cv-01083-STA-jay**

**ERIE INSURANCE COMPANY**,        JURY DEMANDED

     Defendant.

---

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND CONTINUE TRIAL DATE**

---

Before the Court is the parties' Joint Motion to Extend Deadlines and Continue Trial Date. For good cause shown, the Joint Motion is **GRANTED** and the remaining Scheduling Order deadlines are extended as follows: :

| | |
|---|---|
| **Completing All Discovery**: | August 17, 2026 |
| **Expert Witness Depositions**: | August 17, 2026 |
| **Supplementation under Rule 26(e)(2)**: | August 17, 2026 |
| **Motions to Exclude Experts/*Daubert* Motions**: | September 1, 2026 |
| **Filing Dispositive Motions**: | September 16, 2026 |

The Court will enter a separate notice resetting the trial date and pretrial conference date.

     IT IS SO ORDERED.


                                **s/Jon A. York**
                                **UNITED STATES MAGISTRATE JUDGE**

**APPROVED FOR ENTRY:**

INSURANCE LITIGATION GROUP, P.A.

By: *s/ Michael Y. Katz*
  MICHAEL Y. KATZ (FL Bar #1024707)
  1500 NE 162nd St.
  Miami, FL 33162
  (786) 529-0090
  mkatz@ilgpa.com│service@ilgpa.com

  *Attorney for Plaintiff*

RAINEY, KIZER, REVIERE & BELL, PLC

By: *s/ Brandon W. Reedy*
  BRANDON W. REEDY (BPR #30314)
  209 East Main St.
  P.O. Box 1147
  Jackson, TN 38302-1147
  (731) 423-2414
  breedy@raineykizer.com

  *Attorney for Defendant*